**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**HARVEY MARTIN, et al**  PLAINTIFFS

**VERSUS**  CIVIL ACTION NO. 4:02CV315-P-B

**FIRST FAMILY FINANCIAL
SERVICES, INC., et al**  DEFENDANTS

### ORDER

This cause is before the Court on the defendants' Motion to Dismiss for Plaintiffs' Failure to Prosecute [91-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted for the reasons urged by the defendants' in the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that plaintiffs Richard Lee Campbell, Martha Davis, Pearlie Gordon, Shedrick Gordon, Gladys Shelby, Nineh Spencer and Lucille Waters are hereby dismissed from this case with prejudice.

SO ORDERED, this the 24th day of May, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE