**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**HARVEY MARTIN, ET AL.,**                                                                 **PLAINTIFFS,**

**VS.**                                                      **CIVIL ACTION NO. 4:02CV315-P-B**

**FIRST FAMILY FINANCIAL SERVICES,**
**INC., ET AL.,**                                                               **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The defendants' motion for summary judgment [98-1] is **GRANTED**; therefore,

(2) All of the claims of all remaining plaintiffs in this action are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 28th day of February, A.D., 2006.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE